**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

SANDY BAY OYSTER CO., INC.,      )
et al.                           )
                                 )
      PLAINTIFFS,                )
                                 )
vs.                              )      **Case No.: 1:25-CV-25-478**
                                 )
CARTER'S CONTRACTING             )
SERVICES, INC., et al.           )
                                 )
      DEFENDANTS.                )

---

## PLAINTIFFS' MOTION TO SEAL

---

COME NOW the Plaintiffs, by and through their attorney of record, and pursuant to Rule 5.2(b) of the Local Rules of the United States District Court for the Southern District of Alabama, hereby respectfully moves this Court to enter an Order to Seal certain documents produced by Defendants' counsel as confidential.  As grounds, Plaintiffs state as follows:

1. Defendant Great Lakes produced records on July 3, 2025, to Plaintiffs' counsel.

2. Records produced by Great Lakes are necessary for this Court's review of Plaintiffs' Motion to Remand, filed on December 19, 2025 (Doc. 12).

3. Such records have been marked Confidential by Defendant Great Lakes.

4. Records will include dredging activity reports.

5. Plaintiffs' counsel requests the documents at issue remain under seal pending the Court's ruling on Plaintiffs' Motion to Remand.

**WHEREFORE**, these reasons, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs' Motion to Seal.

1

Respectfully Submitted,

*/s/ Martin H. Cunningham*
MARTIN H. CUNNINGHAM
Counsel for Plaintiffs


**OF COUNSEL:**

Andy Citrin Injury Attorneys, P.C.
Post Office Box 2187
Daphne, Alabama 36526
Telephone: 251.888.8181
Facsimile: 251.888.8000
Martin@citrinlaw.com
Brad@citrinlaw.com
Counsel for Plaintiffs


JORDAN W. GERHEIM
Outside Chief Legal, LLC
56 S. Conception Street
Mobile, AL 36602
Telephone: 251.322.1816
Facsimile: 251.257.1848
Jordan@outsidechieflegal.com
Counsel for Sandy Bay Oysters


## CERTIFICATE OF SERVICE

I do hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the following:

Norman M. Stockman
Hand Arendall Harrison Sale LLC
P.O. Box 123
Mobile, Alabama 36601
(251) 432-5511
Nstockman@handfirm.com