**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SANDY BAY OYSTER CO. INC., BARRY WYATT, d/b/a FIREFLY LANDING OYSTER COMPANY, and BAMA BAY OYSTER FARM LLC,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Civil Action No. 25-00478-KD-C** |
| **CARTER'S CONTRACTING SERVICES, INC., a close corporation, WEEKS MARINE, INC., and GREAT LAKES DREDGE & DRY DOCK COMPANY, LLC,** | ) | |
| **Defendants** | ) | |

**ORDER**

This action is before the Court on the Plaintiffs Sandy Bay Oyster Co., Inc., Barry Wyatt d/b/a Firefly Landing Oyster Company, and Bama Bay Oyster Farm, LLC's Motion for Leave to Amend Complaint (doc. 73). Plaintiffs seek leave to file a Third Amended Complaint.

Accordingly, **Defendants** Carter Contracting Services, Inc., Weeks Marine, Inc., and Great Lakes Dredge & Dry Dock Company LLC shall file their **response** on or before **December 4, 2026.**

**DONE** and **ORDERED** this 20th day of November 2026.

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**